**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

AISHIA PETERSEN,                                    Case No. 22-cv-22234-KMW

      Plaintiff,

v.

PRADA USA CORP.,

      Defendant.

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff **AISHIA PETERSEN**, by and through undersigned counsel, requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each Party shall bear her or its own costs and fees, including attorneys' fees, incurred with this action.

Dated: October 13, 2022.

ACACIA BARROS, P.A.
11120 N. Kendall Dr.,
Suite 201
Miami, Florida 33176
Telephone:  305-639-8381

/s/_____
Acacia Barros, Esq.
Florida Bar No. 106277
ab@barroslawfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2022, that the foregoing document has been filed

using CM/ECF system and will be served on Defendant's counsel via CM/ECF system.

/s/Acacia Barros
Attorney for Plaintiff
ACACIA BARROS, P.A.